Conplant

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2022 AUG -1  AM 9:10

DEPUTY CLERK

Javarius Whitfield

V.S

Hale County Detention Center

5-22CV0200-H

"Unhealthy Living Conditions"

I have asthma and when i was booked into Hale County jail my assigned Housing #3 ED on about 5/5/22 I started having trouble breathing that's when I Noticed Black Mold build up in multiple Areas of the Dorm.

On 5/7/22 I spoke with LT Geroge B. at which time he told me that he would have the Problem Taking care of as of today Nothing has been done to Aliviate the Problem, I also am not the only one in the dorm who has Asthma.

Javarius Whitfield

7/26/22

Javarius Whitfield #54119
1906 S Columbia St
Plainview TX 79072

AMARILLO TX 791
27 JUL 2022 PM 2 L

Legal mail

INDIGENT

7S4401@4087

United States District Court
Office Of the Clerk
Northern District Of Texas
1205 Texas Ave., Room
Lubbock, TX 79401

RECEIVED
8 - 1 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

USA FOREVER