UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JAUARIUS WHITFIELD,<br>Institutional ID No. 54119<br><br>                Plaintiff,<br><br>v.<br><br>HALE COUNTY DETENTION<br>CENTER,<br><br>                Defendant. | No. 5:22-CV-00200-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights action is dismissed without prejudice for want of prosecution.

Dated October 12, 2022.

                                                  _____
                                                  JAMES WESLEY HENDRIX
                                                  United States District Judge